UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00070-1 |
| | ) JUDGE TRAUGER |
| BLANCA VILLAPANDO | ) |

**Motion GRANTED for extension to 10/15/13.**

MOTION FOR EXTENSION OF TIME
TO FILE POSITION STATEMENT

Comes now the Defendant, through counsel and moves this Honorable Court for an extension of time until the end of business on Tuesday, October 15, 2013, to file her position statement. Counsel for the Defendant states that the additional time is needed to review the presentence report to determine if there are any objections.

Respectfully submitted,

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2013, I electronically filed the foregoing Motion for Extension of Time to File Position Statement with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Braden H. Boucek, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.
   This document has also been sent, via electronic mail, to U.S. Probation Officer Amanda Winfree, 110 Ninth Avenue South, A-725, Nashville, TN 37203.

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN